**Chloe SELLERS, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. ED 83690.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 1, 2004.

Rachel E. Paul, Assistant Attorney General, St. Louis, MO, for appellant.

Ryan S. Shaughnessy, St. Louis, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

The Director of Revenue ("Director") appeals from a judgment of the Circuit Court of St. Louis County setting aside the revocation of Chloe Sellers' ("Driver") driving privileges for refusing to submit to a breathalyzer test.

We have reviewed the briefs of the parties and the record on appeal and conclude that the record provides an insufficient basis for a finding that the Director met its burden of proving that Driver refused to submit to the chemical test. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).